706 A.2d 1208

Thomas W. BROWN, Respondent,

v.

DUGGAN & MARCON, INC., Petitioner.

Supreme Court of Pennsylvania.

April 1, 1998.

Paul A. Nappi, Paoli, for petitioner.

## ORDER

PER CURIAM.

AND NOW, this 1st day of April, 1998, the Petition for Allowance of Appeal is GRANTED limited to what constitutes a "regular place of business or activity" and who qualifies as the "person for the time being in charge" pursuant to Pa. R.C.P. 424(2). This case is to be orally argued.